WILLIAM FAULKNER (83385)
ELIZABETH PIPKIN (243611)
MCMANIS FAULKNER
A PROFESSIONAL CORPORATION
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  (408) 279-8700
Facsimile:  (408) 279-3244
Email:  wfaulkner@mcmanislaw.com
epipkin@mcmanislaw.com

NICHOLAS J. BOYLE (*pro hac vice*)
DAVID R.J. RISKIN (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  nboyle@wc.com
driskin@wc.com

Attorneys for Plaintiffs,
CoStar Group, Inc. and CoStar Realty
Information, Inc.

Scott Wilsdon (138987)
SCOTT WILSDON LAW
2801 Monterey-Salinas Highway
Suite B
Monterey, California 93940
Telephone:  (831) 324-0627
wilsdon@yarmuth.com

Attorney for Defendants, Mahoney &
Associates Commercial Real Estate and Dev
Patel

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAHONEY & ASSOCIATES COMMERCIAL REAL ESTATE AND DEV PATEL, <br><br> Defendants. | Case No.:  5:18-cv-06096-NC <br><br> **STIPULATION TO EXTEND TIME TO SERVE COMPLAINT** |

Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc. (together, "CoStar") and Defendants Mahoney & Associates Commercial Real Estate and Dev Patel (together, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, CoStar filed its complaint for (1) Computer Fraud and Abuse Act, 18 U.S.C. § 1030; (2) California Computer Data Access & Fraud Act, Penal Code § 502; (3) Copyright Infringement, 17 U.S.C. § 101 *et seq.*; (4) Fraud; (5) Breach of Contract; and (6) Unjust Enrichment against Defendants on October 3, 2018, and has not served Defendants in this matter.

WHEREAS, since shortly after the complaint's filing, CoStar and Defendants have discussed early resolution of the action. As a result, CoStar has not yet served Defendants.

WHEREAS, this extension will facilitate those continued discussions.

NOW, THEREFORE, the parties stipulate to extend the time for CoStar to serve Defendants from January 2, 2019, to January 30, 2019.

Dated:  December 21, 2018                Respectfully submitted,

By: /s/ William Faulkner

William Faulkner (83385)
Elizabeth Pipkin (243611)
MCMANIS FAULKNER

Nicholas J. Boyle (*pro hac vice*)
David R. J. Riskin (*pro hac vice*)
WILLIAMS & CONNOLLY LLP

*Attorneys for Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc.*

By: /s/ Scott Wilsdon

Scott Wilsdon (138987)
SCOTT WILSDON LAW

*Attorney for Defendants Mahoney & Associates Commercial Real Estate and Dev Patel*

2

STIPULATION TO EXTEND TIME TO SERVE COMPLAINT, Case No.:  5:18-cv-06096-NC

## ORDER ON STIPULATION

Pursuant to stipulation by the parties and good cause appearing.

CoStar's deadline to serve the complaint on defendants Mahoney & Associates Commercial Real Estate and Dev Patel, is continued from January 2, 2019 to January 30, 2019.

IT IS SO ORDERED.

DATED: _____, 2018

_____
Hon. Nathanael Cousins

3

STIPULATION TO EXTEND TIME TO SERVE COMPLAINT, Case No.:   5:18-cv-06096-NC